**Dismissed and Memorandum Opinion filed October 25, 2016.**



**In The**

## Fourteenth Court of Appeals

### NO. 14-16-00628-CV

### IN THE INTEREST OF G.E.M., A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2015-13128**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 4, 2016. The notice of appeal was filed August 8, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On September 22, 2016, this court ordered appellant to pay the appellate filing fee on or before October 7, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See*

Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.